**Mark J. MEYER, Plaintiff—Appellant,**

v.

**UNITED STATES INTERNAL REVENUE SERVICE, Defendant—Appellee.**

No. 05–15317.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Filed March 29, 2006.

Mark J. Meyer, Honolulu, HI, pro se.

Robert L. Baker, Esq., U.S. Department of Justice, Tax Division, Washington, DC, for Defendant–Appellee.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Mark J. Meyer appeals pro se from the district court's judgment dismissing his action seeking a declaratory judgment in connection with the Internal Revenue Service's collection of federal income taxes and penalties for tax years 1996–1999. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Montes v. United States,* 37 F.3d 1347, 1351 (9th Cir.1994), and we affirm.

The district court properly concluded that it lacked subject matter jurisdiction to grant the relief Meyer requested. *See* 28

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

U.S.C. § 2201(a) (prohibiting declaratory judgment suits for relief in federal tax cases); 26 U.S.C. § 7421(a) (prohibiting injunctions against any and all acts necessary or incidental to the collection of taxes); *Sokolow v. United States,* 169 F.3d 663, 664–65 (9th Cir.1999).

**AFFIRMED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

